IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY HARRIS,

    Plaintiff,

v.                             CASE NO. 4:17cv17-RH/GRJ

WILLIAM STAFFORD et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4 and the objections, ECF No. 5. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed." The clerk must close the file.

SO ORDERED on February 12, 2017.

                                       s/Robert L. Hinkle
                                       United States District Judge